IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:22cr120 (LMB) |
| NATHAN DANIEL LARSON, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court has been advised that none of the defendants in this multi-defendant case are currently located within this district. Accordingly, it is hereby

ORDERED that the arraignment scheduled for Wednesday, July 27, 2022 at 2:30 pm be and is CANCELLED; and it is further

ORDERED that counsel for the United States contact chambers to reschedule the arraignment and immediately advise the Court when William Christopher Kuehner has been arrested.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21 day of July, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge